**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| ) | |
| IN RE:  YASMIN AND YAZ ) | 3:09-md-02100-DRH |
| (DROSPIRENONE) MARKETING, SALES ) | |
| PRACTICES AND PRODUCTS LIABILITY ) | MDL No. 2100 |
| LITIGATION ) | |

**This Document Relates To:**

| | |
|---|---|
| *Bonnie Standard v. Bayer Corporation et al* | No. 13-cv-10407-DRH |
| *Victoria Strickland et al v. Bayer Corporation et al* | No. 11-cv-13599-DRH |
| *Maria Teresa Suttle et al v. Bayer Schering Pharma AG et al* | No. 11-cv-10377-DRH |
| *Jamie Swearingen v. Bayer Corporation et al* | No. 11-cv-10147-DRH |
| *Magan Thiel v. Bayer Corporation et al* | No. 10-cv-10910-DRH |
| *Holly Tobin v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-13203-DRH |
| *Anna S. Tomlin v. Bayer Corporation et al* | No. 11-cv-10562-DRH |
| *Victoria Strickland et al v. Bayer Corporation et al* | No. 11-cv-13599-DRH |
| *Reyna Esther Trejo et al v. Bayer Pharma AG et al* | No. 12-cv-11439-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on August 12, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

> **JUSTINE FLANAGAN,**
> **ACTING CLERK OF COURT**
>
> BY:  /s/*Caitlin Fischer*
> **Deputy Clerk**

**Dated:** August 13, 2014

Digitally signed by
David R. Herndon
Date: 2014.08.13
09:15:00 -05'00'

**APPROVED:**

> **CHIEF JUDGE**
> **U. S. DISTRICT COURT**

2